**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

In re:  Garry Lee Clark Sr.             Case No. 13-56760
       xxx-xx-8920
          Debtor            Judge C. Kathryn Preston
                                                   Chapter 13

**NOTICE OF CHANGE OF ADDRESS**

Now comes the Debtor, Garry Lee Clark Sr. by his attorney and give notice that his address has changed as follows:

      Garry Lee Clark Sr.
      PO Box 41
      Dexter City, Ohio 45727

/s/ *Robert Ellis*
Robert Ellis, Esq. (0011706)
ELLIS & ELLIS,
A Legal Professional Association
Attorneys for Debtor
328 Fourth Street
Marietta, OH 45750
740-373-8624 Fax 740-373-8981
bobellis@ellisandellis.net

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Notice was served this date on the parties whose names are listed below electronically through ECF.

      Frank M. Pees, Chapter 13 Trustee
      Office of the U. S. Trustee

Date: 3/2/2016            /s/ *Robert Ellis*
                                  Robert Ellis