**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| In re:   Garry Lee Clark Sr. | Case No.  13-56760 |
| xxx-xx-8920 | |
| Debtor | Judge C. Kathryn Preston |
| | Chapter 13 |

**NOTICE OF CHANGE OF ADDRESS**

Now comes the Debtor, Garry Lee Clark Sr., by his attorney and gives notice that his address has changed as follows:

> Garry Lee Clark Sr.
> 323 Smithson Street
> Dexter City Ohio 45727

/s/ *Robert Ellis*
Robert Ellis, Esq. (0011706)
ELLIS & ELLIS,
A Legal Professional Association
Attorneys for Debtor
328 Fourth Street
Marietta, OH 45750
740-373-8624 Fax 740-373-8981
bobellis@ellisandellis.net

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Notice was served this date on the parties whose names are listed below electronically through ECF.

> Frank M. Pees, Chapter 13 Trustee
> Office of the U. S. Trustee

Date: 4/27/2017

/s/ *Robert Ellis*
Robert Ellis