**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| In re:   Garry Lee Clark Sr. | Case No.  13-56760 |
| xxx-xx-8920 | |
| Debtor | Judge C. Kathryn Preston |
| | Chapter 13 |

**NOTICE OF CHANGE OF ADDRESS**

Now comes the Debtor, Garry Lee Clark Sr., by his attorney and gives notice that his address has changed as follows:

>Garry Lee Clark Sr.
>39666 S. Olive Road
>Caldwell, Ohio 43724

>/s/ *Robert Ellis*
>Robert Ellis, Esq. (0011706)
>ELLIS & ELLIS,
>A Legal Professional Association
>Attorneys for Debtor
>328 Fourth Street
>Marietta, OH 45750
>740-373-8624 Fax 740-373-8981
>bobellis@ellisandellis.net

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Notice was served this date on the parties whose names are listed below electronically through ECF.

>Frank M. Pees, Chapter 13 Trustee
>Office of the U. S. Trustee

Date: 8/14/2017                              /s/ *Robert Ellis*
                                             Robert Ellis